UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> - vs - <br><br> ADOLIOS LLC, *et al.*, <br><br> Defendants. | CASE NO.: 1:23-cv-00175 |

**JOINT MOTION TO ENTER AGREED FINAL JUDGMENT AGAINST DEFENDANTS**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Plaintiff, Joe Hand Promotions, Inc. ("Plaintiff"), by its attorney, and Defendants, Adolios LLC, d/b/a Public House, d/b/a Public House Brownsville, and d/b/a Public House Sports House, Marco A. Romero Jr., a/k/a Marco Romero, and Marco A. Romero III, a/k/a Marco Romero (collectively, "Defendants") and file this their Joint Motion to Enter Agreed Final Judgment against Defendants, as follows:

1. Plaintiff and Defendants have entered into a settlement agreement where the parties agreed to the entry of an Agreed Final Judgment in the form attached to this Motion as Exhibit A. Accordingly, Plaintiff and Defendants jointly agree to the entry of an Agreed Final Judgment in the form attached to this Motion as Exhibit A. Attached as Exhibit A and incorporated by reference is the Agreed Final Judgment signed by Plaintiff and Defendants in this case.

2. By this Motion, Plaintiff and Defendants request that the Court sign and enter the attached Agreed Final Judgment (Exhibit A), which Agreed Final Judgment (Exhibit A) has been signed by the parties in this suit.

## PRAYER

WHEREFORE, Plaintiff and Defendants pray that the Court grant this Motion and sign and enter the attached Agreed Final Judgment (Exhibit A) as a final judgment in this case.

Respectfully submitted,

JAMIE KING, P.C.

/s/ Jamie King
_____

Jamie King
Attorney-in-Charge
State Bar No. 24043755
SDTX No. 566838
P.O. Box 5757
Kingwood, Texas 77325
(832) 584-0106 Telephone
(888) 247-0443 Facsimile
jamie@jamiekingpc.com

ATTORNEY FOR PLAINTIFF,
JOE HAND PROMOTIONS, INC.

-and-

J. NATHAN OVERSTREET & ASSOC., P.C.

_____

James Nathan Overstreet
Attorney-in-Charge
State Bar No. 00784706
8711 Highway 6 North, Suite 230
Houston, Texas 77095
(281) 855-1000 Telephone
(281) 855-4580 Facsimile
Overstreetlawfirm@gmail.com

ATTORNEY FOR DEFENDANTS,
ADOLIOS LLC, d/b/a PUBLIC HOUSE,
d/b/a PUBLIC HOUSE BROWNSVILLE,
and d/b/a PUBLIC HOUSE SPORTS
HOUSE, MARCO A. ROMERO JR.,
a/k/a MARCO ROMERO, and
MARCO A. ROMERO III,
a/k/a MARCO ROMERO

2