Case 1:23-cv-00175   Document 19   Filed on 04/01/25 in TXSD   Page 1 of 4

United States District Court
Southern District of Texas
**ENTERED**
April 01, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

- vs -

ADOLIOS LLC, *et al.*,

    Defendants.

CASE NO.: 1:23-cv-00175

## AGREED FINAL JUDGMENT

Having been informed that Plaintiff, JOE HAND PROMOTIONS, INC. ("Plaintiff") and Defendants, ADOLIOS LLC, d/b/a PUBLIC HOUSE, d/b/a PUBLIC HOUSE BROWNSVILLE, and d/b/a PUBLIC HOUSE SPORTS HOUSE, MARCO A. ROMERO JR., a/k/a MARCO ROMERO, and MARCO A. ROMERO III, a/k/a MARCO ROMERO (collectively, "Defendants") wish to enter into an Agreed Final Judgment in this case, the Plaintiff and Defendants herein agree to the entry of a final judgment in this case, as follows:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1.    That final judgment is hereby entered in favor of Plaintiff, JOE HAND PROMOTIONS, INC. and against Defendants ADOLIOS LLC, d/b/a PUBLIC HOUSE, d/b/a PUBLIC HOUSE BROWNSVILLE, and d/b/a PUBLIC HOUSE SPORTS HOUSE, MARCO A. ROMERO JR., a/k/a MARCO ROMERO, and MARCO A. ROMERO III, a/k/a MARCO ROMERO; and



Exhibit A

2. That Plaintiff hereby recovers statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) from Defendants, jointly and severally, in the amount of $10,000.00; and

3. That Plaintiff hereby recovers additional damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) from Defendants, jointly and severally, in the amount of $10,000.00; and

4. The Court hereby awards to Plaintiff and against Defendants, jointly and severally, post-judgment interest on the amounts awarded herein at an annual rate of 4.2% from the date of a final judgment in this case until paid.

5. This judgment is a final judgment in this case.

SO ORDERED.

SIGNED this the __1st__ day of _____April_____, 2025.

_____
I~~GNACIO TORTEXXXXI~~ Rolando Olvera
UNITED STATES ~~MAGISTRATE~~ District JUDGE



Case No. 1:23-cv-00175: Agreed Final Judgment    2

APPROVED, AGREED TO, & ENTRY REQUESTED:

DATED:                BY: *[signature]*
                      JOE HAND PROMOTIONS, INC.
                      By: Joseph P. Hand, III, President

DATED:                BY:_____
                      ADOLIOS LLC
                      By:_____
                      Duly authorized to bind corporation

DATED:                BY:_____
                      MARCO A. ROMERO JR.,
                      a/k/a MARCO ROMERO
                      Individually

DATED:                BY:_____
                      MARCO A. ROMERO III,
                      a/k/a MARCO ROMERO
                      Individually

APPROVED, AGREED TO, & ENTRY REQUESTED:

DATED:					BY:_____
						JOE HAND PROMOTIONS, INC.
						By: Joseph P. Hand, III, President

DATED:					BY:_____
						ADOLIOS LLC
						By:_____
						Duly authorized to bind corporation

DATED:					BY:_____
						MARCO A. ROMERO JR.,
						a/k/a MARCO ROMERO
						Individually

DATED:					BY:_____
						MARCO A. ROMERO III,
						a/k/a MARCO ROMERO
						Individually

Case No. 1:23-cv-00175: Agreed Final Judgment    3

